<2>
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID WIDENER, | ) | Civil Action No. 7:13-cv-00516 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIE VARGO, | ) | By:   Hon. Glen E. Conrad |
|     Respondent. | ) |        Chief United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss (ECF no. 4) is **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED without prejudice** as unexhausted; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to counsel of record.

**ENTER**: This 17th day of September, 2014.

                                                */s/ Glen Conrad*
                                       Chief United States District Judge